UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FIONA GEMMELL

                Plaintiff,

      -against-

I.C. SYSTEM, INC.

                Defendant.

---

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CV 13 6536**

**FEUERSTEIN, J**

WALL, M.J.

TO:   I.C. SYSTEM, INC.
        C/O   CT CORPORATION SYSTEM
        111 8th AVENUE
        NEW YORK NY

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

        Adam J. Fishbein, P.C.
        Attorney At Law
        483 Chestnut Street
        Cedarhurst, NY 11516

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**DOUGLAS C. PALMER**
CLERK

NOV 2 5 2013
DATE

_(signature)_
BY DEPUTY CLERK

**As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.**